IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON THORNTON,

    Petitioner,                    No. CIV S-07-0578 LKK EFB P

    vs.

DENNIS VERZOSA,

    Respondent.                ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges an order of the Fresno County Superior Court committing him to Atascadero State Hospital.  Claims arising out of Fresno County are venued in the Fresno portion of the United States District Court for the Eastern District of California.  *See* Local Rule 3-120(d).

       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of the court may, on the court's own motion, be transferred to the proper division.  Therefore, this action will be transferred to the Fresno Division of the court.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 1, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE